IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIAN SANCHEZ MORA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, et al., <br><br> *Defendants*. | No. 1:24-cv-03136-BAH |

**PLAINTIFFS' MOTION TO RECONSIDER DISMISSAL OF FOIA CLAIM AGAINST DEFENDANT DEPARTMENT OF HOMELAND SECURITY**

Plaintiffs Julian Sanchez Mora, Siobhan Waldron, Carlos Moctezuma García, Ali Ainab, Rafael Edgardo Flores Rodriguez, and Beatriz Ariadna Garcia Mixcoa respectfully move for reconsideration of the decision of the U.S. District Court for the Northern District of California dismissing Plaintiffs' claim under the Freedom of Information Act against Defendant U.S. Department of Homeland Security in this putative class action. *See* Order Granting Motion to Dismiss in Part and Transferring Case, Dkt. 59 (Nov. 4, 2024). The grounds for this motion are set forth in the accompanying memorandum of law and exhibits in support of the motion. Pursuant to Local Civil Rule 7(f), Plaintiffs request an oral hearing on the motion. A proposed order also accompanies this motion.

Respectfully submitted,

| | |
|---|---|
| s/*Trina Realmuto* | s/*Matt Adams* |
| Trina Realmuto* | Matt Adams* |
| trina@immigrationlitigation.org | matt@nwirp.org |
| | |
| s/*Mary Kenney* | s/*Leila Kang* |
| Mary Kenney (DC SBN 1044695) | Leila Kang* |
| mary@immigrationlitigation.org | leila@nwirp.org |
| | |
| s/*Kristin Macleod-Ball* | NORTHWEST IMMIGRANT RIGHTS PROJECT |
| Kristin Macleod-Ball* | 615 Second Avenue, Suite 400 |
| kristin@immigrationlitigation.org | Seattle, WA 98104 |
| | (206) 957-8611 |
| s/*Tomás Arango* | |
| Tomas Arango* | s/*Marc Van Der Hout* |
| tomas@immigrationlitigation.org | Marc Van Der Hout* |
| | |
| NATIONAL IMMIGRATION | s/*Johnny Sinodis* |
|   LITIGATION ALLIANCE | Johnny Sinodis* |
| 10 Griggs Terrace | |
| Brookline, MA, 02446 | VAN DER HOUT LLP |
| (617) 819-4447 | 360 Post St., Suite 800 |
| | San Francisco, CA 94108 |
| * *Admitted pro hac vice* | (415) 981-3000 |
| | ndca@vblaw.com |

*Attorneys for Plaintiffs*

Dated: January 31, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

s/Trina Realmuto
Trina Realmuto
National Immigration Litigation Alliance